IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| James D. Houston, Sr. | : | Chapter 13 |
| | : | Case No.: 17-16496-AMC |
| Debtors(s) | : | |

# O R D E R

**AND NOW,** this _____ day of _____, 2021, upon consideration of the Motion to Incur Additional Debt filed by Debtor, it is hereby

**ORDERED** that the Debtor may incur additional debt so as to refinance the property located at 180 Farmbrook Drive Levittown, PA 19055.

~~FURTHER ORDERED:~~

**Date: November 3, 2021**

Date: _____

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE